AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED | United States District Court for the Southern District of New York |
| 16-cv-9457     12/7/2016 | 300 Quarropas Street<br>White Plains, NY 10601-4150 |
| PLAINTIFF | DEFENDANT |
| Christopher Sadowski | FlexCo, LLC, and Aston Taylor, Jr. a/k/a Funkmaster Flex |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VA 1-900-624 | Group Registration Photos, 2012 Photo Collection... | Christopher Sadowski |
| 2  VA 1-901-342 | Group Registration Photos, 2013 Photo Collection... | Christopher Sadowski |
| 3  VA 1-954-323 | Group Registration Photos, 2015-Q1 Photo... | Christopher Sadowski |
| 4  VA 1-968-140 | Group Registration Photos, Sothebys Photos 2013 | Christopher Sadowski |
| 5  VA 1-972-936 | Group Registration Photos, 2015-Q3 Photo... | Christopher Sadowski |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
|  | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | /S/ V. FRROKAJ | 12/8/2016 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy