Ben D. Manevitz (NJ 004192005)
ben@manevitzlaw.com
**MANEVITZ LAW FIRM**
805 Clifton Avenue
Clifton, NJ 07013
Telephone: (973) 594-6529
Facsimile: (973) 689-9529

*Attorney for Plaintiff Christopher Sadowski.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLEXCO, LLC and ASTON TAYLOR, JR. A/K/A FUNKMASTER FLEX<br><br>　　　　　Defendants. | **Civil Action No.**<br>**7:16-cv-09457-NSR**<br>*Document filed electronically*<br><br>**ACCEPTANCE OF SERVICE** |

On behalf of Defendant Flexco LLC, receipt of the Summons and Complaint in this case is acknowledged.

Defendant waives any requirement for other or further service of the Complaint in this action, and Defendant agrees to answer or otherwise plead within the stipulated days under the relevant FRCP as if a waiver of service was requested and granted under FRCP 4(d).

Defendant understands that failure to timely answer or otherwise plead before the instant Court will result in a default, at which point Plaintiff may be afforded the relief demanded in the Complaint without trial or other hearing.

Dated: __3.6.17__    By: _____
　　　　　　　　　　　　 Ion Arnold, attorney for Flexco, LLC